**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**
Eduardo J. Celaya #014747
Biltmore Office Plaza
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Phone (602) 281-4547
Fax (866) 810-6455
celayalaw@gmail.com
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Widmayer,<br><br>        Plaintiff,<br>v.<br><br>Mercantile Adjustment Bureau, LLC,<br><br>        Defendant. | **CASE NO.: 4:11-CV-00292-DCB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    The Plaintiff, Thomas Widmayer, by and through his attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this voluntary dismissal stating the following:

    The parties have reached a settlement on all claims regarding the above-referenced matter. Therefore, Plaintiff agrees to dismiss his lawsuit against the Defendant with prejudice.

    Respectfully submitted this 21st day of September, 2011.

-1-

-2-

**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**

s/*Eduardo J. Celaya*
Eduardo J. Celaya, Esq.
Biltmore Office Plaza
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21 , 2011, I electronically filed the foregoing Plaintiff's Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification to the attorney of record for the Defendant:

s/*Eduardo J. Celaya*